IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPHINE CECILIO REYES,<br>Plaintiff,<br><br>v.<br><br>WHG PAYROLL INC., also known as "WURZAK HOTEL GROUP," and trading as "ELEMENT BY MARRIOTT AT KING OF PRUSSIA,"<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-3828 |

## O R D E R

**AND NOW**, this 14th day of July, 2023, upon consideration of Defendant's Motion to Dismiss the First Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 8) and any response and opposition thereto, it is **ORDERED** that the motion is **DENIED**. Within fourteen (14) days of this Order, Defendant shall file an Answer to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.