IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPHINE CECILIO REYES,<br>Plaintiff,<br><br>v.<br><br>WHG PAYROLL INC., also known as "WURZAK HOTEL GROUP," and trading as "ELEMENT BY MARRIOTT AT KING OF PRUSSIA,"<br>Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-3828 |

**O R D E R**

AND NOW, this 6th day of June, 2025, upon consideration of Defendant WHG Payroll Inc.'s ("Defendant") Motion for Summary Judgment ("Motion") (ECF No. 21), Plaintiff Josephine Cecilio Reyes' ("Plaintiff") Opposition to the Motion (ECF No. 22), and Defendant's Reply Brief in Further Support of the Motion (ECF No. 23), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as to Count III (failure to accommodate) and **DENIED** as to Count I (disability discrimination) and Count II (retaliation).

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.